IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA KALTENHEUSER       :
1625 Webster Street, NW
Washington, DC 20011            :

    Plaintiff                   :

vs.                           :   Civil No:

MARIA JOSE TEROL           :
4409 Ridge Street
Chevy Chase, MD 20815        :

And                         :

FELIX CORNELIA VAN DER VAART  :
3340 Sleepy Hollow Road
Falls Church, VA 22044        :

    Defendants             :

## **COMPLAINT**

### **JURISDICTIONAL STATEMENT**

The Plaintiff, Barbara Kaltenheuser, respectfully moves the Court for Entry of Judgment against the Defendants, Maria Jose Terol, and Felia Cornelia Van Der Vaart, individually and/or jointly and severally, upon the following grounds:

The Plaintiff is an adult resident and citizen of the District of Columbia. The Defendant, Maria Jose Terol, is an adult resident and citizen of the State of Maryland. The Defendant, Felix Cornelia Van Der Vaart, is a resident of the Commonwealth of Virginia. The subject automobile accident having occurred in the District of Columbia. Plaintiff's claim for money damages exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, costs, etc. The Jurisdiction of this Honorable Court to hear and decide Plaintiff's claim is based upon diversity of citizenship.

## BASIS OF CLAIM
## COUNT I
## (NEGLIGENCE)

1.      That on or about May 26, 2015 at approximately 11:45 a.m., the Plaintiff, Barbara Kaltenheuser, while exercising due care for her own safety, was operating a motor vehicle in a southerly direction along New Mexico Avenue, NE, at or near the 3200 block in Washington, D.C.

2.      That at the same time and place aforementioned, the Defendant, Maria Jose Terol, was operating a motor vehicle in a northerly direction along New Mexico Avenue, NW at or near the 3200 block in Washington, D.C.

3.      That at the same time and place aforementioned, the Defendant, Felix Cornelia Van Der Vaart, was operating a motor vehicle in a northerly direction along New Mexico Avenue, NW at or near the 3200 block in Washington, D.C.

4.      That at the same time and place aforementioned, it became the duty of said Defendants to each operate their respective motor vehicle in a safe and prudent manner, to maintain a constant vigilance for all other vehicles around each of their vehicles, to obey the traffic devices; to yield to vehicle in the intersection; to maintain full time and attention; and to observe all the traffic laws, rules and regulations of the District of Columbia.

4.      That notwithstanding the aforementioned duties, said Defendants, Maria Jose Terol, and Felix Cornelia Van Der Vaart, failed in the performance thereof, and, without warning, negligently and recklessly caused their motor vehicles to forcefully and violently strike one another and thereafter caused the Plaintiff's motor vehicle to be struck.

5.      That as a direct and proximate result of the negligent acts of each said Defendant and/or of the joint negligence of the Defendants, either individually and/or jointly and severally, the Plaintiff, Barbara Kaltenheuser, sustained severe personal injuries to her neck, back, head, shoulders, chest and shock to her central nervous system.

6.      That as a direct and proximate result of the negligence of each Defendant and/or of the Defendants' joint and several negligence, the Plaintiff has incurred, and will continue to incur,

substantial expenses for medical care and attention.

   **WHEREFORE,** the Plaintiff, Barbara Kaltenheuser, claims of the Defendants, Maria Jose Terol and Felix Cornelia Van Der Vaart, each individually and/or jointly and severally, damages in the amount of Eighty Thousand Dollars ($80,000.00) plus interest and costs of suit herein.


                                        /s/Marvin Liss_____
                                        **MARVIN LISS #433592**
                                        5225 Wisconsin Avenue, N.W.
                                        Suite 504
                                        Washington, D.C.  20015
                                        Phone (202) 237-6300
                                        Attorney for Plaintiff